UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, a Delaware corporation; ASSA ABLOY AB, a Swedish Limited Liability Company; and DESTRON FEARING CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br>vs.<br><br>ISONAS, INC., a Colorado corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. SACV13-1301 JVS (MANx)<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon consideration of the parties' Stipulation of Dismissal with Prejudice, and for good cause shown,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety, with each party to bear its own costs, expenses and attorneys' fees.

Dated: _____      _____

Honorable James V. Selna
Judge of the United States District Court